I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 6.11.12

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DWAYNE HAWKINS,<br><br>    Petitioner,<br><br>vs.<br><br>SUZAN L. HUBBARD, Warden,<br><br>    Respondent. | Case No. CV 11-5138-DDP(JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 11, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 11 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY